UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:07-CV-402-H

RAYMOND PATTERSON                                                                                          PETITIONER

v.

BECKY PANCAKE, WARDEN                                                                              RESPONDENT

## ORDER

This matter is before the Court for preliminary review of this *pro se* petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254.  For reasons set forth in a Memorandum Opinion entered this date,

**IT IS HEREBY ORDERED** that the petition is **DISMISSED without prejudice** for failure to exhaust available state remedies, pursuant to § 2254(b).

**IT IS FURTHER ORDERED** that for reasons set forth in its memorandum opinion, a certificate of appealability is **DENIED**.

This is a final order with no just reason for delay in its entry.  The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this action would not be taken in good faith.

DATE:

cc:  Petitioner, pro se

4412.007